IH-32                                                                                                          Rev: 2014-1

# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

ARTIST PUBLISHING GROUP, LLC dba APG, a Delaware Limited Liability Company; KMA ASSETS I LP, a Delaware Limited Partnership; KMA ASSETS II LIMITED, a United Kingdom Private Limited Company; KOBALT MUSIC PUBLISHING AMERICA, INC. dba KMPA, a Delaware Corporation; NOTTING HILL MUSIC, INC., a New York Corporation; and PRESCRIPTION SONGS, LLC, a California Limited Liability Company

**Plaintiff**

vs.

NEW YORK KNICKS, LLC, a Delaware Limited Liability Company; and DOES 1-10, inclusive

**Defendant**

**Case Number**

1:24-cv-05460

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

ARTIST PUBLISHING GROUP, LLC dba APG, a Delaware Limited Liability Company; FIRST-N-GOLD PUBLISHING, INC., a Florida Corporation; KOBALT MUSIC PUBLISHING AMERICA, INC. dba KMPA, a Delaware Corporation; NOTTING HILL MUSIC, INC., a New York Corporation; and PRESCRIPTION SONGS, LLC, a California Limited Liability Company

**Plaintiff**

vs.

ATLANTA HAWKS, L.P. dba ATLANTA HAWKS, a Georgia Limited Partnership; and DOES 1-10, inclusive

**Defendant**

**Case Number**

1:24-cv-05453

IH-32                                                                                                          Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

✓ Open      (If so, set forth procedural status and summarize any court rulings.)

Complaint filed on 7/18/2024

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

Plaintiffs own and/or control copyrights to various musical works and have identified numerous instances of copyright infringement committed by professional sports teams affiliated with the National Basketball Association. Plaintiffs have consequently filed a series of individual copyright infringement actions against the relevant infringing teams for their common conduct of exploiting Plaintiffs' copyrights without license or authorization in connection with videos (primarily distributed via social media) promoting the teams. Plaintiffs therefore seek for each subsequent action to be related to the first filed of the series in order to coordinate the overlapping legal and factual issues that will arise between the actions.

Signature: /s/ Anthony Motta                                    Date: 7/18/2024
           ANTHONY MOTTA ESQ

Firm: _____