```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ARTIST PUBLISHING GROUP, LLC ET AL.,

                    Plaintiffs,

           -v-                                      1:24-cv-5460 (LJL)

NEW YORK KNICKS, LLC,                        ORDER

                    Defendant.
-----------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The case management plan at Dkt. No. 25 is withdrawn in favor of the coordinated scheduling order entered by Magistrate Judge Barbara Moses at Dkt. No. 37. The post-discovery status conference scheduled for March 7, 2025 is adjourned sine die.

       SO ORDERED.

Dated: February 28, 2025
       New York, New York

                                                                   LEWIS J. LIMAN
                                                  United States District Judge