UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| *In Re Kobalt Music Publishing America, Inc. Coordinated Copyright Cases*<br><br>*This filing relates to:*<br><br>All Coordinated Cases | 24-cv-05454 (ER) (BCM)<br>24-cv-05455 (JAV) (BCM)<br>24-cv-05456 (AKH)(BCM)<br>24-cv-05457 (JGK) (BCM)<br>24-cv-05458 (VM) (BCM)<br>24-cv-05459 (JAV) (BCM)<br>24-cv-05460 (LJL) (BCM)<br>24-cv-05462 (GHW)(BCM)<br>24-cv-05463 (JLR) (BCM)<br>24-cv-05465 (GHW)(BCM)<br>24-cv-05466 (JHR) (BCM) |

## **NOTICE OF FILING**

Pursuant to this Court's March 18, 2025 Orders in the above-captioned Coordinated Cases, please take notice that on March 21, 2025, Defendants filed redacted excerpts of the deposition testimony of non-party witness Christopher Woods. The redacted excerpts are attached to this Notice of Filing as Exhibit A.

Dated: New York, New York
       March 21, 2025

Respectfully submitted,

*David Slovick* (signature)

David S. Slovick
Barnes & Thornburg LLP
390 Madison Ave., 12th Floor
New York, NY 10017
dslovick@btlaw.com
(646) 746-2019

*Attorney for Defendants*

## CERTIFICATE OF SERVICE

Undersigned counsel hereby certifies that on this 21st day of March, 2025, Defendants served copies of their Notice of Filing and redacted excerpts of the deposition testimony of non-party witness Christopher Woods on the following parties and non-party:

Robert Cohen
Taylor & Cohen LLP
305 Broadway, 7th Floor
New York, NY 10007
rcohen@taylorcohenllp.com
Attorney for Non-Party TuneSat LLC

Douglas Johnson
Frank Trechsel
Johnson & Johnson LLP
439 N. Canon Drive, Suite 200
Beverly Hills, CA 90210
djohnson@jjllplaw.com
FTrechsel@jjllplaw.com
Attorneys for Plaintiffs

*David Slovick*
David S. Slovick